UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:17MJ177 (SALM) |
| | : | |
| v. | : | |
| | : | |
| SEALED SEARCH WARRANT | : | August 18, 2021 |

## MOTION TO PARTIALLY UNSEAL

The Government respectfully requests that the Court unseal the above captioned case. The Government has reviewed the case and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material. Among other things, no charges were filed in connection with this search warrant, and there is minimal or no further risk of destruction of evidence or flight from prosecution.

With respect to Docket Entry 1-1, however, the Government requests that the original docket entry remain sealed and that the attached, redacted document be made public in their places. Docket Entry 1-1, the affidavit supporting the search warrant, contains the name and other identifying information of an individual who was not charged with a federal crime in connection with this investigation, as well as identifying information for a potential minor victim. If these documents were to be made public in unredacted form, it could unfairly tarnish the reputation of the person investigated and reveal the identity and location of the minor. Thus, this information has been redacted in the attached version of the docket entry.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s Sarala V. Nagala*

SARALA V. NAGALA

ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05529
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Sarala.V.Nagala@usdoj.gov